IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Oyenike Alaka | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-4664 |
| v. | : | |
| Kenneth Elwood, District Director, Immigration and Naturalization Service; James Ziglar, Commissioner, Immigration and Naturalization Service; Lori Scialabba, Acting Chair, Board of Immigration Appeals and John Ashcroft, Attorney General of the United States, | : | |
| Respondent. | | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

                                                    SUSAN R. BECKER
                                                    Assistant United States Attorney
                                                    615 Chestnut Street, Suite 1250
                                                    Philadelphia, PA 19106
                                                    Tel: (215)861-8310
                                                    Fax: (215)861-8642

Dated: July 10, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

> Joseph C. Hohenstein, Esq.
> Nationalities Service Center
> 1300 Spruce Street
> Philadelphia, PA 19107

> SUSAN R. BECKER
> Assistant United States Attorney

Dated: July 10, 2002