IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OYENIKE ALAKA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH ELWOOD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, et al. | : | NO. 02-4664 |

**O R D E R**

**AND NOW,** this 19th day of July, 2002, it is Ordered that a **TELEPHONE CONFERENCE** will be held on **Monday, July 22, 2002** at **11:00 a.m.**. Chambers will initiate the call.

ATTEST:                              or     BY THE COURT

BY:_____              _____
     Deputy Clerk                              Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Joseph Hohenstein, Esq. (via fax: 215-735-4064)
Susan R. Becker, Esq. (via fax: 215-861-8618)