IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OYENIKE ALAKA, | : | |
|     Petitioner | : | |
| | : | |
|     v. | : | CIVIL ACTION |
| | : | |
| IMMIGRATION AND | : | NO. 02-4664 |
| NATURALIZATION SERVICE, et al. | : | |
|     Respondents | : | |

Attachments to Government's Response to Petition for Writ of Habeas Corpus

PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK
United States District Court

    Kindly file with the Court the hard copy attachments to Government's Response to Petition for Writ of Habeas Corpus with Certificate of Service by John Ashcroft (res), Kenneth Elwood (res), Lori Scialabba (res), James Ziglar (res).  (Becker, Susan), (Document Number 6) which was electronically filed on July 29, 2002.  The original attachments are this day being hand delivered to the Clerk's Office.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Joseph Hohenstein, Esquire
>Nationalities Service Center
>1300 Spruce Street
>Philadelphia, PA 19107

>_____
>SUSAN R. BECKER
>Assistant United States Attorney

Dated: July 29, 2002