IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**OYENIKE ALAKA**          :          CIVIL ACTION
                           :
           **v.**          :
                           :
**KENNETH ELWOOD, ET. AL.**  :          NO. **2002-4664**

## NOTICE

**AND NOW**, this **20th day** of **August, 2002,** counsel are notified that an oral arguments hearing in the above entitled case is scheduled for **Tuesday, August 27, 2002 at 4:00 p.m.** in courtroom 7-B on the 7th floor.

ATTEST:                              or     BY THE COURT


BY:_____                _____
      Deputy Clerk                                  Judge


**Copies faxed on** 08-20-2002 **to:**       **Copies mailed on** _____**to:**
**Joseph Hohenstein, Esq.**
**Susan R. Becker, AUSA**