IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OYENIKE ALAKA, | : | |
|     Petitioner | : | |
| | : | |
|     v. | : | CIVIL ACTION |
| | : | |
| KENNETH ELWOOD, et al. | : | NO. 02-4664 |
| | : | |
|     Respondents | : | |

## NOTICE OF APPEAL

      Notice is hereby given that the District Director of the Immigration and Naturalization Service, the Commissioner of the Immigration and Naturalization Service, the Acting Chair of the Board of Immigration Appeals, and the Attorney General of the United States, Respondents in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the District Court's final order entered in this action on October 10, 2002.

                                          Respectfully submitted,

                                          PATRICK L. MEEHAN
                                          United States Attorney


                                          JAMES G. SHEEHAN
                                          Assistant United States Attorney
                                          Chief, Civil Division


                                          SUSAN R. BECKER

Dated: November 25, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2002, I caused a true and correct copy of the foregoing Government's Notice of Appeal to be served by first-class mail, postage-prepaid, upon the following:

Joseph Hohenstein, Esquire
Nationalities Service Center
1300 Spruce Street
Philadelphia, PA 19107

Counsel for Petitioner

_____
Susan R. Becker
Assistant United States Attorney