IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OYENIKE ALAKA

                                                    02-4664
                                                    District Court Docket Number

       vs.

KENNETH ELWOOD ET AL

Notice of Appeal Filed 11/25/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
       Notice of Appeal __Paid _X_ Not Paid   __Seaman
       Docket Fee      __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

                                      Prepared by :_____
                                             GEORGE E. MILLER 12/2/02
                                             Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm